IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **ELISHA SMITH** | : |
| **Plaintiff,** | : |
| v. | : CIVIL ACTION NO. 10-1160 |
| **SHAUN DONOVAN,** *SECRETARY, DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT*, | : |
| **Defendant.** | : |

**ORDER**

**AND NOW,** this 17th day of January 2013, upon consideration of Defendant's Motion for Summary Judgment and the response thereto, and for the reasons stated in the accompanying memorandum, it is hereby **ORDERED** that the Motion is **GRANTED in part and DENIED in part**. The Motion is **GRANTED** as to the First Amendment claim and **DENIED** as to the racial discrimination claim.

It is so **ORDERED**.

BY THE COURT:

/s/ Cynthia M. Rufe

_____
**CYNTHIA M. RUFE, J.**